FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 01, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RANDY JOE HARRIS,<br><br>　　　　　Defendant. | No. 4:22-CR-06047-MKD<br><br>PROTECTIVE ORDER FOR MINORS AND ORDER REGARDING COMPLIANCE WITH 18 U.S.C. § 3509(d)<br><br>**ECF Nos. 20, 21** |

   Before the Court is the United States' Motion for Protective Order, ECF No. 20, and related Motion to Expedite, ECF No. 21.  The United States represents that that the discovery in this matter includes statements from the alleged victim, the age of the alleged victim, and other information concerning the minor who is alleged to have been the victim of crimes involving sexual exploitation.  Defendant has no objection.

   The Court has reviewed the motion, the record, and is fully informed.  The Court finds applicable to this case the privacy protection measures mandated by 18 U.S.C. § 3509(d), which apply when a case involves a person under the age of

PROTECTIVE ORDER - 1

eighteen years who is alleged to be a victim of a crime of sexual exploitation or a witness to a crime committed against another person.

Accordingly, **IT IS ORDERED:**

1. The United States' Motion for Protective Order, **ECF No. 20**, is **GRANTED**, and the related Motion to Expedite, **ECF No. 21,** is **GRANTED.**

2. All persons acting in this case in a capacity described in 18 U.S.C. § 3509(d)(1)(B) shall:

    a. Keep all documents that disclose the names, identities, personal identifying information ("PII") or any other information concerning minors in a secure place to which no person who does not have reason to know their contents has access;

    b. Disclose such documents or the information in them that concerns minors only to persons who, by reason of their participation in the proceeding, have reason to know such information;

3. All papers to be filed in Court that disclose the names or any other information identifying or concerning minors shall be filed under seal without necessity of obtaining a Court order, and that the person who makes the filing shall submit to the Clerk of the Court:

    a. The complete paper to be kept under seal; and

    b. The paper with the portions of it that disclose the names or other information identifying or concerning children redacted, to be placed in the public record.

 4. The parties and the witnesses shall not disclose minors' identities during any proceedings connected with this case.  Any alleged minor victims will be referred to either by initials or a pseudonym, whichever is agreed upon by counsel for the United States and the Defendant.  Counsel shall be consistent in their use of the identifier selected.  The parties shall prepare their witnesses and instruct them to refer to the alleged victim only by using the agreed pseudonyms (e.g., "Jane Doe 1", "Jane Doe 2" etc.), rather than their name, in opening statements and in closing arguments.

 6. This protective order shall apply to any attorneys who subsequently become counsel of record, without the need to renew or alter it.

 7. All personal information relating to any victim described above shall be precluded from public disclosure.

 8. Counsel shall remind all persons providing assistance on this case of these obligations.

PROTECTIVE ORDER - 3

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order and provide copies to counsel.

DATED December 1, 2022.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE