PS 8
(3/15)

# UNITED STATES DISTRICT COURT

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 05, 2023

SEAN F. MCAVOY, CLERK

for

Eastern District of Washington

| U.S.A. vs. | Harris, Randy Joe | Docket No. | 0980 4:22CR06047-MKD-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW  Elizabeth Lee, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Randy Joe Harris, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom sitting in the Court at Richland, Washington, on the 18th day of November 2022, under the following conditions:

**Special Condition # 4**: Defendant shall not be in the presence of any minors.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Randy Joe Harris is alleged to be in violation of his pretrial release conditions by being in the presence of minors on or about July 3, 2023.

On November 21, 2022, the undersigned officer reviewed with Mr. Harris all of his conditions of pretrial release. He signed a copy of his release conditions and he verbalized an understanding of his conditions of release, to include special condition number 4, as noted above.

On July 3, 2023, Mr. Harris reported to the undersigned officer on that same date, two minor boys selling lemonade knocked at the front door of his residence, he did not check to see who was knocking before he opened the door, and he purchased the lemonade directly from the minor children.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on:    July 5, 2023 |
| by | s/Elizabeth Lee |
|  | Elizabeth Lee<br>U.S. Pretrial Services Officer |

**Re: Harris, Randy Joe**
**July 5, 2023**
**Page 2**

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[  ]    The incorporation of the violation(s) contained in this
        petition with the other violations pending before the
        Court.
[  ]    Defendant to appear before the Judge assigned to the case.
[  ]    Defendant to appear before the Magistrate Judge.
[  ]    Other

*Alexander C. Ekstrom*
_____
Signature of Judicial Officer

July 5, 2023
_____
Date